IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 25 2022
BY_____ ARTHUR JOHNSTON
DEPUTY

UNITED STATES OF AMERICA

v.   Criminal No. 3:22Cr8DPJ-FKB

JOSEPH DAVID MCGRIGGS

18 U.S.C. § 922 (a)(6)
18 U.S.C. § 924 (a)(1)(A)
18 U.S.C. § 922(g)(1)

**The Grand Jury charges:**

COUNT 1

That on or about April 15, 2021, in Warren County in the Northern Division of the Southern District of Mississippi, the defendant, **JOSEPH DAVID MCGRIGGS,** in connection with the acquisition or attempted acquisition of a firearm from Top Dollar Pawn and Gun, Inc., a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44 knowingly made a false and fictitious written statement to Top Dollar Pawn and Gun, Inc., which statement was intended and likely to deceive Top Dollar Pawn and Gun, Inc., as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he had not been previously convicted in any court of a felony crime for which the judge could imprison him for more than one year when answering Block 21.c. on Department of Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact the defendant then knew that he had been convicted of such a crime, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT 2

That on or about April 15, 2021, in Warren County in the Northern Division of the Southern District of Mississippi, the defendant, **JOSEPH DAVID MCGRIGGS**, knowingly made a false statement and representation to Top Dollar Pawn and Gun, Inc., an entity licensed under the provisions of Title 18, United States Code, Chapter 44, with respect to information required by the provisions of Title 18, United States Code, Chapter 44, to be kept in the records of Top Dollar Pawn and Gun, Inc., in that **JOSEPH DAVID MCGRIGGS** represented that that he had not been previously convicted in any court of a felony crime for which the judge could imprison him for more than one year when answering Block 21.c. on Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, whereas in truth and in fact **JOSEPH DAVID MCGRIGGS** then knew that had been convicted of such a crime; in violation of Title 18, United States Code, Sections 924(a)(l)(A).

COUNT 3

That on or about June 1, 2021, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendant, **JOSEPH DAVID MCGRIGGS**, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and the firearm was in and affecting interstate and foreign commerce. In violation of Title 18, United States Code, Sections 922(g)(1) and 924 (a)(2).

NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant, **JOSPEH DAVID MCGRIGGS,** shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds

obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this indictment:

A. One (1) Rohm Gesellschaft (RG) 14, .22 short caliber, revolver bearing a serial number of 799536; and
B. Any ammunition seized.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461.

DARREN J. LAMARCA
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 25th day of January 2022.

UNITED STATES MAGISTRATE JUDGE